# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**THE YORK GROUP, INC.**                                                                        **PLAINTIFF**

v.                        **CASE NO. 4:06-MC-032 GTE (Lead Case)**

                         **Consolidated Cases:** 3:06-MC-00001
                                            4:06-MC-00033
                                            4:06-MC-00034
                                            5:06-MC-0002

**YORK SOUTHERN, INC., ELLIS MELTON**
**COMPANY, INC., MELTON COMPANY, INC.,**
**PRESLEY MELTON, MARK MELTON and**
**ADAM MELTON**                                                                                   **DEFENDANTS**

## ORDER CONSOLIDATING CASES

The action presently before the Court, 4:06-MC-032, involves the Motion for Order Protecting Funeral Homes from York Subpoenas filed by Defendant Melton Company, Inc. The motion and subpoenas all relate to a case pending in the Southern District of Texas, Houston Division, in the case styled The York Group, Inc. v. York Southern et al, C.A. No. 4:06-cv-00262. According to Defendant's motion, Plaintiff, The York Group, Inc. ("York"), has issued subpoenas to 90+ funeral homes in Arkansas and Louisiana. Defendant states that several of these subpoenas were issued on behalf of this Court to funeral homes in this Judicial District. As a result, Defendant has filed four additional actions in the Eastern District of Arkansas that address the same issues, listed above under "Consolidated Cases." Therefore, the Court finds that the consolidation of these cases would conserve judicial and party resources.

Accordingly,

IT IS HEREBY ORDERED THAT all further pleadings shall be styled as noted above, but filed only in the lead case, 4:06-MC-032 GTE.

Dated this 18th day of October, 2006.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE